In the Matter of the Claim of FRANCES DINGFELDT, Respondent, against ALBEE GODFREY WHALE CREEK COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued September 30, 1936; decided November 24, 1936.)

*Paul Koch, Patrick S. Mason* and *William Seidl* for the appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.